927 F.2d 1430w
 Prod.Liab.Rep.(CCH)P 12,775
Walter H. LOCKLEY, Appellee,
v.
DEERE & COMPANY, a/k/a John Deere Company, Appellant,
v.
Cecil Wayne LOCKLEY, Appellee.
Judy A. LOCKLEY, Appellee,
v.
DEERE & COMPANY, a/k/a John Deere Company, Appellant,
v.
Cecil Wayne LOCKLEY, Appellee.
Walter H. LOCKLEY, Appellant,
v.
DEERE & COMPANY, a/k/a John Deere Company, Appellee,
v.
Cecil Wayne LOCKLEY.
Judy A. LOCKLEY, Appellant,
v.
DEERE & COMPANY, a/k/a John Deere Company, Appellee,
v.
Cecil Wayne LOCKLEY.
 Nos. 90-5074MN, 90-5075MN.
 United States Court of Appeals,
Eighth Circuit.
 Submitted April 11, 1990.
Decided March 21, 1991.
 NOTE: THE COURT HAS WITHDRAWN THIS OPINION